(No. 4479-)

HOWARD L. DELANEY, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed February 8, 1952.*

ANTON B. MUTZ, Attorney for Claimant.

IVAN A. ELLIOTT, Attorney General; C. ARTHUR
NEBEL, Assistant Attorney General, for Respondent.

SCHUMAN, C. J.

The respondent has filed a motion to dismiss the
claim filed herein on the ground that the complaint is
insufficient in law, because it fails to allege respondent
had actual or constructive notice of the defect alleged
in the complaint.

In order to charge the State with negligence, it is
necessary to allege that the State had actual or con-
structive notice of the defect, and that said defect was
dangerous and unsafe for ordinary travel.

The complaint fails to charge such notice, and the
motion to dismiss is sustained.